IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOUIS COLLINS, JR., #108 397, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12-CV-51-MHT |
| | ) | (WO) |
| SENATOR MARSH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate judge entered a recommendation in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court finds that the recommendation should be adopted. Accordingly, it is ORDERED that:

1. The magistrate judge's recommendation (Doc. #7) is adopted;

2. The plaintiff's motion for preliminary injunction (Doc. #1) is denied; and

3. This case is referred back to the magistrate judge for further proceedings.

DONE, this 13th day of March, 2012.

　　　　　　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE