IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LOUIS COLLINS, JR., )<br>)<br>    Plaintiff, )<br>) | <br><br><br>CIVIL ACTION NO. |
|     v. )<br>) | 2:12cv51-MHT<br>(WO) |
| SENATOR MARSH, et al., )<br>)<br>    Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that defendants engaged in illegal conspiracies, among other things, to keep the state prisons crowded.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2012.

       /s/ Myron H. Thompson  
  **UNITED STATES DISTRICT JUDGE**