IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LOUIS COLLINS, JR., )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>SENATOR MARSH, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:12cv51-MHT<br>(WO) |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 18) is adopted.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of March, 2012.**

                                         **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**